# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**730**

**KA 10-02506**

PRESENT: SMITH, J.P., FAHEY, CARNI, LINDLEY, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

SHAUN JOHNSON, DEFENDANT-APPELLANT.

---

CHARLES J. GREENBERG, BUFFALO, FOR DEFENDANT-APPELLANT.

BARRY L. PORSCH, DISTRICT ATTORNEY, WATERLOO, FOR RESPONDENT.

---

Appeal from an order of the Seneca County Court (Dennis F. Bender, J.), dated October 1, 2010 pursuant to the 2009 Drug Law Reform Act. The order denied defendant's application to be resentenced upon defendant's 2000 conviction of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ORDERED that said appeal is unanimously dismissed as moot (*see People v Orta*, 73 AD3d 452, *lv denied* 15 NY3d 755).

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court